UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT P. DIGIACOMO,<br><br>      Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 06-CV-4558 (JEI)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 13)** |

**APPEARANCES:**

MILLER & GALLAGHER, ESQS.
By: Daniel J. Gallagher, Esq.
26 South Pennsylvania Avenue
Suite 201
Atlantic City, NJ 08401
      Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICKER, LLP
By: Seth Ptasiewicz, Esq.
33 Washington Street
Newark, NJ 07102
      Attorneys for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendant the Prudential Insurance Company of America's ("Prudential") motion for summary judgment (Docket No. 13), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

1

**IT IS** on this __10th__ day of August, 2007,

    **ORDERED THAT:**

        1.    Prudential's motion for summary judgment is hereby **GRANTED** as to DiGiacomo's ERISA claim.

        2.    Prudential's motion for summary judgment is hereby **DENIED** as to Prudential's counterclaim.

                                      s/*Joseph E. Irenas*
                                      JOSEPH E. IRENAS, S.U.S.D.J.